```
 1  KAREN P. HEWITT                                    FILED
    United States Attorney
 2  SANDRA B. RIGGS                                  2008 JUL 23 PM 1: 14
    Special Assistant U.S. Attorney
 3  Office of the U.S. Attorney                      CLERK US DISTRICT COURT
    880 Front Street, Room 6293                      SOUTHERN DISTRICT OF CALIFORNIA
 4  San Diego, California 92101-8893
    Court No. srA5500943                             BY _____ DEPUTY
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: |
| Plaintiff, | '08 CV 1328 JAH LSP |
| v. | NOTICE OF CONDEMNATION [Fed. R. Civ. P. 71.1] |
| 1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ACE ASSOCIATES, INC., MONTE CRISTO MINING CORPORATION, DENSIL HARVEY, NOVOX TRUST AND HOLDING COMPANY LIMITED, TEK CORPORATION, IMPERIAL IRRIGATION DISTRICT AND IMPERIAL COUNTY TAX COLLECTOR. | |
| Defendants. | |

TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Southern District of California to condemn certain estates, described in Schedule "E" attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be taken are set forth in Schedule "B" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim

some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED: July 23, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Sandra B. Riggs*

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff
Sandra.Riggs2@usdoj.gov

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

   The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number: ELC-ELS-2003

A portion of Lot 4 in Fractional Sec 36, T 17 S, R 10 E, SBM, in the County of Imperial, State of California, as described in Corporation Grant Deed in Bk 1398, Pg 1943, recorded on 22 March 1977, Official Records of said County, and as shown on County Assessor Map 33-47, redrawn 16 October 1974, and as shown on US BLM Master Title Plat, Current to February 21, 2008, being also a strip of land **60 ft (18.288 m)** wide, said strip bounded as follows:

(1) W'ly by the W line of said Lot 4, being also the E line of the E ½ of Lots 1, 2 and 3 of said Twp and Rng;

(2) S'ly by the USA-Republic of Mexico International Boundary (USAROMIB);

(3) E'ly by the E line of said Lot 4, being also the E line of said Sec 36, said Twp and Rng;

(4) N'ly by a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

And containing approx **1.82 acres (0.739 hectares)** of land, more or less, as scaled and calculated from said Map and Plat.

/////////////////////////////////////////////END OF DESCRIPTION/////////////////////////////////////////////

SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Geraldene Spain
5872 Shaker Drive
Riverside, California 92506-4031

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, California 92243

Imperial Irrigation District
C/O Real Estate Department
333 E. Barioni Blvd.
Imperial, CA 92251

Ace Associates, Inc., a Nevada Corporation
Address unknown

Monte Cristo Mining Corporation, a Nevada corporation
Address unknown

Densil Harvey
704 West 1500 South
Provo, UT 84601

Novox Trust and Holding Company Limited
Address unknown

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 84047
Registered Agent: Division of Corporation's Director
160 E. 300 2, 2nd Floor
Salt Lake City, UT