1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  THE UNITED STATES OF AMERICA,          )    Case No.: 08cv1328-JAH (LSP)
                                           )
11              Plaintiff,                 )
                                           )
12                                         )    NOTICE OF DEPOSIT OF
        v.                                 )    ESTIMATED JUST
13                                         )    COMPENSATION
    1.82  ACRES OF LAND, MORE OR LESS,     )
14  SITUATE IN IMPERIAL COUNTY, STATE OF   )
    CALIFORNIA; and GERALDENE SPAIN, ET AL.)
15                                         )
                Defendants.                )
16  _____)

17

        TO: All Defendants and Other Interested Parties:
18
        NOTICE: You are hereby notified that on July 23, 2008, Plaintiff United States of America
19
    deposited estimated just compensation for taking the estate condemned in the amount of One Thousand
20
    Six Hundred Eighteen and No/100 ($1,618.00) with the Clerk of the Court.
21
     DATED:  July 23, 2008                  KAREN P. HEWITT
22                                          United States Attorney

23
                                            s/ Sandra Riggs
24
                                            SANDRA B. RIGGS
25                                          Special Assistant U. S. Attorney
                                            Sandra.Riggs2@usdoj.gov
26                                          Attorneys for Plaintiff

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Civil No. 08cv1328-JAH (LSP) |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| 1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL. | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/23/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

GERALDENE SPAIN
5872 Shaker Drive
Riverside, CA 92506-4031

Novox Trust and Holding Company
Address Unknown

IMPERIAL COUNTY TAX COLLECTOR
ATTN: COUNTY COUNSEL
940 WEST MAIN STREET
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT
JEFF GARBER, ESQ.
333 E. BARIONI BLVD.
IMPERIAL, CA 92251

Ace Associates, Inc.
Address Unknown

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 74946
and
c/o Division of Corporation's Director
Registered Agent
160 E. 300 2, 2nd Floor
Salt Lake City, UT

Densil Harvey
704 West 1500 South
Provo, UT 84601

1  the last known address, at which place there is delivery service of mail from the United States Postal
Service.

2

   I declare under penalty of perjury that the foregoing is true and correct.

3

   Executed on July 24, 2008.

4
                                                     Tricia  R. Lamb

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28