UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>                        Plaintiff,           )<br>                                                             )<br>              v.                                          )<br>                                                             )<br>1.82 ACRES OF LAND, MORE OR LESS,  )<br>SITUATE IN IMPERIAL COUNTY, STATE OF )<br>CALIFORNIA; and GERALDENE SPAIN, )<br>ACE ASSOCIATES, INC., MONTE CRISTO )<br>MINING CORPORATION, DENSIL HARVEY, )<br>NOVOX TRUST AND HOLDING COMPANY )<br>LIMITED, TEK CORPORATION, IMPERIAL )<br>IRRIGATION DISTRICT AND IMPERIAL )<br>COUNTY TAX COLLECTOR              )<br>                        Defendants.         )<br>_____)  | Case No.: 08cv1328-JAH (LSP)<br><br>ORDER FOR DELIVERY<br>OF POSSESSION |

    This action coming before the Court upon the joint motion of the Plaintiff and the Defendant, Geraldene Spain, the owner of the property described in the Complaint and Declaration of Taking filed herein ("Subject Property") at the time of its taking by Plaintiff, for an order for the surrender of immediate possession of the Subject Property to Plaintiff, and it appearing that Plaintiff is entitled to possession of Subject Property,

    IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the Subject Property shall surrender possession of said Subject Property to the extent of the estate being condemned, to the Plaintiff immediately.

//

//

1  //

2        IT IS FURTHER ORDERED that a notice of this order shall be served upon all persons

3  in possession or control of the Subject Property forthwith.

4        IT IS SO ORDERED.

5

6  DATED: August 15, 2008

7                                                      _____

8                                                    JOHN A. HOUSTON
                                                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28