UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL.<br><br>Defendants. | Case No.: 08cv1328-JAH (LSP)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the Tax Collector of Imperial County, by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters its appearance herein for all purposes, waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: Aug. 12 2008

TAX COLLECTOR OF IMPERIAL COUNTY

By: *Karen Vogel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1.82 ACRES OF LAND, MORE OR ) <br> LESS, SITUATE IN IMPERIAL ) <br> COUNTY, STATE OF CALIFORNIA; and ) <br> GERALDENE SPAIN, ET AL. ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 08cv1328-JAH (LSP) <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of:

    1) Notice of Appearance and Disclaimer

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

GERALDENE SPAIN
5872 Shaker Drive
Riverside, CA 92506-4031

Novox Trust and Holding Company
Address Unknown

IMPERIAL COUNTY TAX COLLECTOR
ATTN: COUNTY COUNSEL
940 WEST MAIN STREET
EL CENTRO, CA 92243

IMPERIAL IRRIGATION DISTRICT
JEFF GARBER, ESQ.
333 E. BARIONI BLVD.
IMPERIAL, CA 92251

Ace Associates, Inc.
Address Unknown

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 74946
and
c/o Division of Corporation's Director
Registered Agent
160 E. 300 2, 2nd Floor
Salt Lake City, UT

Densil Harvey
704 West 1500 South
Provo, UT 84601

//

1  the last known address, at which place there is delivery service of mail from the United States Postal
2  Service.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

_____
Tricia R. Lamb

2