UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>1.82 ACRES OF LAND, MORE OR LESS,<br>SITUATE IN IMPERIAL COUNTY, STATE OF<br>CALIFORNIA; and GERALDENE SPAIN, ET AL.<br><br>　　　　　Defendants. | Case No.: 08cv1328-JAH (LSP)<br><br>APPEARANCE AND DISCLAIMER |

COMES NOW the Imperial Irrigation District, by and through undersigned counsel, in the above-styled and numbered condemnation proceeding, and enters its appearance herein for all purposes, waives service of all notices, and disclaims any right, title, claim or interest in the compensation paid or to be paid for the taking of the property described in the Complaint and the Declaration of Taking filed herein.

DATED: 9/2/08, 2008

IMPERIAL IRRIGATION DISTRICT
An Agency of the State of California

By: _____

**Imperial Irrigation District
General Counsel
333 Barioni Blvd.
P.O. BOX 937
Imperial, CA 92251**

KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 1.82 ACRES OF LAND, MORE OR ) <br> LESS, SITUATE IN IMPERIAL ) <br> COUNTY, STATE OF CALIFORNIA; and ) <br> GERALDENE SPAIN, ET AL. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 08cv1328-JAH (LSP) <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF APPEARANCE AND DISCLAIMER

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

| | | |
|---|---|---|
| 1 | GERALDENE SPAIN<br>5872 Shaker Drive<br>Riverside, CA 92506-4031 | Novox Trust and Holding Company<br>Address Unknown |
| 2 | | |
| 3 | | |
| 4 | Ace Associates, Inc.<br>Address Unknown | TEK Corp.<br>7050 Union Park Center, Ste 50<br>Midvale, UT 74946 |
| 5 | | and |
| 6 | Densil Harvey<br>704 West 1500 South<br>Provo, UT 84601 | c/o Division of Corporation's Director<br>Registered Agent<br>160 E. 300 2, 2nd Floor |
| 7 | | Salt Lake City, UT |

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2008.    _____
                                   Tricia R. Lamb