KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile: (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL. <br><br> Defendants. | Case No. 08cv1328 IEG (AJB) <br><br> CERTIFICATE OF NEED FOR SERVICE BY PUBLICATION AND MAILING |

BRETT NORRIS, attorney for plaintiff, hereby certifies that he caused the publication once a week for three (3) consecutive weeks in the San Diego Daily Transcript of the notice, printed copies of which with the names and dates of the newspaper marked thereon are attached.

///

///

///

Prior to the last publication, a copy of the Notice of Condemnation was mailed, postage prepaid, to the last known address of the following defendants who could not be served:

1. Ace Associates
2. Monto Cristo Mining Corporation
3. Densil Harvey
4. Novox Trust & Holding Company
5. TEK Corporation

DATED: November 3, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Brett Norris

BRETT NORRIS
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Brett.Norris@usdoj.gov

KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL.<br><br>Defendants. | Case No. 08cv1328 IEG (AJB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

-CERTIFICATE OF NEED FOR SERVICE BY PUBLICATION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

//

1 | I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

2

3 | GERALDENE SPAIN　　　　　　　　　　　　　　Novox Trust and Holding Company
5872 Shaker Drive　　　　　　　　　　　　　　　Address Unknown
Riverside, CA 92506-4031

4

5 | Ace Associates, Inc.　　　　　　　　　　　　　　TEK Corp.
Address Unknown　　　　　　　　　　　　　　　7050 Union Park Center, Ste 50

6 | 　　　　　　　　　　　　　　　　　　　　　　　Midvale, UT 74946
　　　　　　　　　　　　　　　　　　　　　　　and

7 | Densil Harvey　　　　　　　　　　　　　　　　c/o Division of Corporation's Director
704 West 1500 South　　　　　　　　　　　　　Registered Agent

8 | Provo, UT 84601　　　　　　　　　　　　　　　160 E. 300 2, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　Salt Lake City, UT

9

10 | the last known address, at which place there is delivery service of mail from the United States Postal Service.

11 | I declare under penalty of perjury that the foregoing is true and correct.

12 | Executed on November 3, 2008.

13 | 　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Carol E. Barrett

14–28