1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile:  (619) 557-5004

8  Attorneys for Plaintiff
   United States of America
9

10                UNITED STATES DISTRICT COURT

11                SOUTHERN DISTRICT OF CALIFORNIA

12

13 | THE UNITED STATES OF AMERICA,        ) Case No. 08cv1328 IEG (AJB)
14 |                                      )
   |                Plaintiff,            ) CERTIFICATE OF SERVICE BY
15 |                                      ) PUBLICATION
   | v.                                   )
16 |                                      )
   | 1.82 ACRES OF LAND, MORE OR LESS,    )
17 | SITUATE IN IMPERIAL COUNTY, STATE    )
   | OF CALIFORNIA; and GERALDENE         )
18 | SPAIN, ET AL.                        )
   |                                      )
19 |                                      )
   |                                      )
20 |                Defendants.

21

22     BRETT NORRIS, attorney for Plaintiff, THE UNITED STATES OF AMERICA, hereby certifies

23 that he caused the publication once a week for three (3) consecutive weeks in the San Diego Daily

24 Transcript of the notice, printed copies of which with the names and dates of the newspaper marked

25 thereon are attached. The last known address of the following Defendants is unknown to Plaintiff and,

26 after a diligent search, remains unknown:

27 / / /

28 / / /

1.     1.    Ace Associates
2.     2.    Monto Cristo Mining Corporation
3.     3.    Densil Harvey
4.     4.    Novox Trust & Holding Company
5.     5.    TEK Corporation

DATED: December 19, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Brett Norris

BRETT NORRIS
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Brett.Norris@usdoj.gov

# CERTIFICATE OF PUBLICATION

Carol E. Barrett
United State's Attorney's Office, Civil Division
Southern District of California
880 Front Street, Room 6293
SAN DIEGO CA 92101-8893

**IN THE MATTER OF**

**The U.S.A. v. Spain, et al.**



**CASE NO.**

**Case no. 08cv1328 IEG (AJB)**

I, Jacqueline R. Burnett, am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not party to or interested in the above entitled matter. I am the principal clerk of the San Diego Transcript, a newspaper of general circulation, printed and published daily, except on Saturdays and Sundays, in the City of San Diego, County of San Diego and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of San Diego, State of California, under the date of January 23, 1909, Decree No. 14894; and the

### Notice of Condemnation

is a true and correct copy of which the annexed is a printed copy and was published in said newspaper on the following date(s), to wit:

**November 20, 27, December 4**

I certify under penalty of perjury that the forgoing is true and correct.

Dated at San Diego, California this December 4, 2008

_Jacqueline R. Burnett_
Signature

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No. 08cv1328 IEG (AJB) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| 1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL. | ) |
| Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

-CERTIFICATE OF NEED FOR SERVICE BY PUBLICATION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

//

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

| | |
|---|---|
| GERALDENE SPAIN<br>5872 Shaker Drive<br>Riverside, CA 92506-4031 | Novox Trust and Holding Company<br>Address Unknown |
| Ace Associates, Inc.<br>Address Unknown | TEK Corp.<br>7050 Union Park Center, Ste 50<br>Midvale, UT 74946<br>and |
| Densil Harvey<br>704 West 1500 South<br>Provo, UT 84601 | c/o Division of Corporation's Director<br>Registered Agent<br>160 E. 300 2, 2nd Floor<br>Salt Lake City, UT |

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2008.

*/s/ Carol E. Barrett*
Carol E. Barrett