KAREN P. HEWITT
United States Attorney
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: brett.norris@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL.<br><br>Defendants. | Case No.: 08cv1328 JAH (LSP)<br><br>JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND FINAL ORDER ESTABLISHING JUST COMPENSATION AND DISTRIBUTING FUNDS ON DEPOSIT IN REGISTRY OF THE COURT |

COME NOW Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel, and Defendant, GERALDENE SPAIN, and enter into this Joint Motion for entry of final judgment and order: (1) establishing the just compensation to be paid by the United States for the taking of approximately 1.82 acres of land (herein "Estate") on Tract No. ELC-ELS-2003 (herein "Subject Property"), as more particularly described in the Complaint and the Declaration of Taking; and (2) distributing to Defendant said just compensation from the funds on deposit in the Registry of the Court. As grounds for this motion, the parties jointly state that:

1. The United States filed a Declaration of Taking and Complaint in Condemnation.

2. The United States deposited into the Registry of this Court the amount of One Thousand, Six Hundred and Eighteen Dollars ($1,618.00), which was estimated by the United States to be the just

1  compensation to be paid by it for the taking of the Estate in the Subject Property.

2      3.   Upon the filing of the Declaration of Taking and the deposit of the estimated just
3  compensation in the registry of the Court on July 23, 2008, the United States acquired title to the Estate
4  by operation of law. On August 15, 2008, the Court issued an Order for Delivery of Possession, granting
5  the United States possession of the Estate.

6      4.   The United States and Defendant agree that the full and just compensation payable by
7  the United States for the taking of the Estate in the Subject Property shall be the sum of $1,618.00, plus
8  any interest accrued thereon, less ten percent of the accrued interest as authorized by the Judicial
9  Conference of the United States, and shall be in full satisfaction of any and all claims of whatever nature
10 against the United States by reason of the institution and prosecution of this action, and/or the taking of
11 the Estate in Subject Property.

12     5.   Defendant warrants that she was the owner of Subject Property on the date of taking; that
13 she has the exclusive right to the compensation herein, and that no other party is entitled to the same or
14 any part thereof.

15     6.   Defendant stipulates and agrees to save and hold Plaintiff harmless from all claims or
16 liability resulting from any unrecorded leases or agreements affecting the Subject Property on the date
17 of taking.

18     7.   No portion of the estimated just compensation deposited by the United States into the
19 registry of the Court has heretofore been paid, and the entire amount of the deposit remains in the
20 Registry of this Court.

21     8.   It is agreed that the said sum of $1,618.00 shall be subject to all liens, encumbrances and
22 charges of whatsoever nature existing against the Subject Property at the time of vesting of title thereto
23 in the United States of America and that all such liens, encumbrances and charges of whatsoever nature
24 shall be payable and deductible from the said sum.

25     9.   The parties shall be responsible for their own legal fees, costs, and expenses, including
26 attorney fees, consultant fees, and any other expenses or costs, that they shall take no appeal from any
27 rulings or judgments made by the Court in this action, and the parties consent to the entry of all orders
28 and judgments necessary to effectuate this Joint Motion.

WHEREFORE, THE PARTIES respectfully request that the Court enter an order as follows:

1. The full and just compensation payable by the United States for the taking of the Estate in the Subject Property identified in the Complaint in Condemnation pursuant to Declaration of Taking shall be the sum of $1,618.00, plus any interest accrued thereon less ten percent of the accrued interest as authorized by the Judicial Conference of the United States, which sum is all inclusive.

2. The Clerk shall deduct ten percent of the accrued interest as authorized by the Judicial Conference of the United States.

3. The Clerk of the Court shall withdraw the $1,618.00 deposited into the Court Registry by the United States, plus any interest accrued thereon and less the authorized deduction, and shall disburse the funds to Geraldene Spain, 5872 Shaker Drive, Riverside, California 92506-4031.

4. The parties shall be responsible for their own legal fees, costs, and expenses; including attorney fees, consultant fees, and any other expenses or costs.

5. Defendant shall pay all valid taxes, liens and encumbrances out of said deposit disbursement.

6. Defendant shall save and hold Plaintiff harmless from any and all claims or liability resulting from any unrecorded leases or agreements affecting the Subject Property on the date of taking.

7. The signatory parties hereto shall take no appeal from any rulings or judgments made by the Court in this action, and the parties consent to the entry of all orders and judgments necessary to effectuate this stipulated judgment.

//
//
//
//
//
//
//
//
//

8. If it is later determined that Defendant was not owner of the Subject Property or Estate on the date of taking, or if its determined that Defendant is not entitled to said deposit, or any part thereof, for any reason, Defendant agrees to refund into the registry of this Court said sum paid to Defendant, or such part thereof as the Court may direct, with interest at the rate of 52-week Treasury Bills, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of Fed.R.Civ. P. 71.1(j).

I declare under penalty of perjury under that laws of the United States of America that the foregoing is true and correct as executed on said date.

DATED: 2/4, 2009

Geraldene Spain

DATED: 2/12, 2009

KAREN P. HEWITT
United States Attorney

Brett Norris
Assistant U. S. Attorney
Attorneys for Plaintiff
United States of America

```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER B. LATHAM
    Assistant U.S. Attorney
 3  California State Bar No. 160515
    BRETT NORRIS
 4  Assistant U.S. Attorney
    California State Bar No. 224875
 5  United States Attorney's Office
    880 Front Street, Room 6293
 6  San Diego, California 92101-8893
    Telephone: (619) 557-7147
 7  Facsimile:  (619) 557-5004

 8  Attorneys for Plaintiff
    United States of America
 9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Civil No. 08cv1328-JAH (LSP) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| 1.82 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and GERALDENE SPAIN, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND FINAL ORDER ESTABLISHING JUST COMPENSATION AND DISTRIBUTING FUNDS ON DEPOSIT IN REGISTRY OF THE COURT

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

| | |
|---|---|
| GERALDENE SPAIN<br>5872 Shaker Drive<br>Riverside, CA 92506-4031 | Novox Trust and Holding Company<br>Address Unknown |
| Ace Associates, Inc.<br>Address Unknown | TEK Corp.<br>7050 Union Park Center, Ste 50<br>Midvale, UT 74946<br>and |
| Densil Harvey<br>704 West 1500 South<br>Provo, UT 84601 | c/o Division of Corporation's Director<br>Registered Agent<br>160 E. 300 2, 2nd Floor<br>Salt Lake City, UT |

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2009.

_____
Tricia R. Lamb