1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,               )     Case No.: 08cv1328 JAH (LSP)
                                            )
                Plaintiff,                  )     FINAL JUDGMENT AND ORDER
                                            )     OF DISTRIBUTION OF JUST
        v.                                  )     COMPENSATION
                                            )
                                            )
1.82 ACRES OF LAND, MORE OR LESS,           )
SITUATE IN IMPERIAL COUNTY, STATE OF        )
CALIFORNIA; and GERALDENE SPAIN,            )
ET AL.                                      )
                                            )
                                            )
                                            )
                Defendants.                 )
_____)

        On February 17, 2009, Plaintiff, UNITED STATES OF AMERICA ("United States") and

Defendant, GERALDENE SPAIN, jointly moved for an order authorizing the Registry of the Court to

disburse One Thousand, Six Hundred and Eighteen Dollars ($1,618.00) that the United States deposited

there under Rule 71.1.

        Good cause appearing, the Court HEREBY ORDERS the following:

        1.      The full and just compensation payable by the Plaintiff to Defendant for the taking of the

stated interests in the property identified in the Complaint in Condemnation Pursuant to Declaration of

Taking, filed herein, together with all improvements thereon and appurtenances thereto belonging, shall

be the sum of $1,618.00 which sum is all inclusive.

        2.      Judgment shall be, and is hereby, entered against the United States of America in the

amount of $1,618.00.

3.      The Clerk of the Court shall, without further order of this Court, disburse the sum of $1,618.00, along with any interest earned on the just compensation which was deposited into the Registry of the Court, to the Defendant, Geraldene Spain, 5872 Shaker Drive, Riverside, California 92506-4031.

4.      The Clerk shall deduct ten percent of the accrued interest on said sum as authorized by the Judicial Conference of the United States.

5.      The parties shall be responsible for their own legal fees, costs, and expenses; including attorney fees, consultant fees, and any other expenses or costs.

6.      Defendant shall pay all valid taxes, liens and encumbrances out of said deposit disbursement.

7.      Defendant shall save and hold Plaintiff harmless from all claims or liability resulting from any unrecorded leases or agreements affecting the Subject Property on the date of taking.

8.      The parties shall take no appeal from any rulings or judgments made by the Court in this action, and the parties have consented to the entry of all orders and judgments necessary to effectuate this judgment.

9.      If it is later determined that Defendant was not owner of the Subject Property or Estate on the date of taking, or if its determined that Defendant is not entitled to said deposit, or any part thereof, for any reason, Defendant shall refund into the registry of this Court said sum paid to Defendant, or such part thereof as the Court may direct, with interest at the rate of 52-week Treasury Bills, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of Fed.R.Civ. P. 71.1(j).

**IT IS SO ORDERED**.

DATED:  March 25, 2009

_____
JOHN A. HOUSTON
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28